**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRES SANCHEZ PATINO,** *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-7934** |
| | : | |
| **J. L. JAMISON et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **21st** day of **October 2026**, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and Respondents' Response in Opposition (ECF No. 6), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. Respondents shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on October 22, 2026**.
2. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**